IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ROBERT VALDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>J. TRUETT, Appeals Coordinator, et al.,<br><br>    Defendants.                              / | No. C 11-05328 YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed *in forma pauperis* application; however, he did not file a copy of his certificate of funds or of his prisoner trust account statement. On November 2, 2011, the Clerk of the Court sent a notice to Plaintiff informing him that his *in forma pauperis* application was deficient due to the failure to include a certificate of funds or a prisoner trust account statement.

On December 14, 2011, Plaintiff submitted a certificate of funds but still failed to file a copy of his prisoner trust account statement. On January 24, 2012, the Clerk of the Court sent a second clerk's notice to Plaintiff, informing him that his action could not go forward unless he filed the prisoner trust account statement within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted his prisoner trust account statement.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's *in forma pauperis* application is DENIED as incomplete. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: March 2, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Valdez5328.DISIFP.frm